IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES EDWARD GRANT,

      Plaintiff,

JUDGMENT IN A CIVIL CASE

15-cv-710-jdp

v.

DR. KESHENA,

      Defendant.

      This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/                                                   1/7/2016

Peter Oppeneer, Clerk of Court                Date